IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. LISS and Zoe LISS, ) | No. CIV-04-2001-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| EXEL TRANSPORTATION SERVICES, ) | |
| INC. et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| EXEL TRANSPORTATION SERVICES, ) | |
| INC., ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| Robert E. LISS and Zoe LISS, ) | |
| ) | |
| Counterdefendants. ) | |
| _____ ) | |

Pending before the Court are three Motions and two Stipulations: Exel Transportation Services, Inc.'s ("Exel") Motion for Preliminary Injunction [Doc. No. 71], Exel's Motion for Attorneys' Fees [Doc. No. 73], Plaintiff's Motion for Partial Summary Judgment [Doc. No. 98], the parties' Stipulation to Extend Date of Rebuttal Opinion [Doc. No. 135], and the parties' second Stipulation to Enlarge Time for Exel Transportation Services, Inc. to Respond to Plaintiff's Motion for Summary Judgment [Doc. No. 136].

At the Rule 16 Preliminary Pretrial Conference on April 20, 2006, the parties agreed that the trial on the merits should be accelerated and conducted in conjunction with the hearing on

1 the pending Motion for Preliminary Injunction. [Doc. No. 93, Doc. No. 106 Tr. of Rule 16 Hr'g
2 at 8:16-20, 9:20-21.] In addition, the parties agreed that the Motion for Attorneys' Fees would
3 be resolved at the conclusion of this case. [Doc. No. 106 at 55:1-25.] The Court will therefore
4 deny both Motions with leave to re-file them as they become ripe for disposition.  Plaintiff's
5 Motion for Partial Summary Judgment remains pending.  In addition, the Court will grant the
6 parties' Stipulations for good cause shown.

7 Accordingly,

8 **IT IS ORDERED** that Exel Transportation Services, Inc.'s Motion for Preliminary
9 Injunction [Doc. No. 71] and Exel Transportation Service, Inc.'s Motion for Attorneys' Fees
10 [Doc. No. 73] are **DENIED** with leave to re-file when the issue becomes ripe for disposition.

11 **IT IS FURTHER ORDERED** that the parties' Stipulation to Extend Date of Rebuttal
12 Opinion [Doc. No. 135] is **GRANTED**.

13 **IT IS FURTHER ORDERED** that Plaintiff/Counterdefendant's rebuttal expert
14 disclosure is due no later than September 18, 2006.

15 **IT IS FURTHER ORDERED** that the parties' Stipulation to Enlarge Time for Exel
16 Transportation Services, Inc. to Respond to Plaintiff's Motion for Summary Judgment [Doc. No.
17 136] is **GRANTED**.

18 **IT IS FURTHER ORDERED** that Defendant Exel Transportation Services, Inc. shall
19 have until September 15, 2006 to file its Response to Plaintiff's Motion for Partial Summary
20 Judgment.

21 **IT IS FURTHER ORDERED** that Plaintiff shall have until October 16, 2006 to file his
22 Reply in support of his Motion for Partial Summary Judgment.

24 DATED this 4th day of August, 2006.

Stephen M. McNamee
United States District Judge