**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. LISS and Zoe LISS,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>EXEL TRANSPORTATION SERVICES, INC. et al.,<br><br>    Defendants and Counterclaimant. | No. CIV-04-2001-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend Date of Plaintiffs/CounterDefendants' Rebuttal Opinion(Second Request). [Doc. No. 159]  For good cause appearing,

**IT IS ORDERED** that the parties' Stipulation to Extend Date of Plaintiffs/CounterDefendants' Rebuttal Opinion [Doc. No. 159] is **GRANTED**.

DATED this 19th day of September, 2006.

Stephen M. McNamee
United States District Judge