**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. LISS and Zoe LISS,<br><br>    Plaintiffs,<br><br>v.<br><br>EXEL TRANSPORTATION SERVICES, INC. et al.,<br><br>    Defendants.<br>_____<br>EXEL TRANSPORTATION SERVICES, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>Robert E. LISS and Zoe LISS,<br><br>    Counterdefendants.<br>_____ | No. CIV-04-2001-PHX-SMM<br><br>**ORDER** |

Pending before the Court are the parties' Stipulation to Allow Exel Transportations Services, Inc. and Robert Liss to Conduct Three Additional Depositions After the Discovery Cutoff Date of October 13, 2006 (Doc. No. 170) and the parties' Stipulated Motion to Extend Time to File Reply in Support of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 174). Good cause appearing, the Court will grant both stipulated motions.  Therefore,

**IT IS ORDERED** that the parties' Stipulation to Allow Exel Transportations Services, Inc. and Robert Liss to Conduct Three Additional Depositions After the Discovery Cutoff Date of October 13, 2006 (Doc. No. 170) is **GRANTED**.

1  **IT IS FURTHER ORDERED** that the parties' Stipulated Motion to Extend Time to File
2  Reply in Support of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 174) is
3  **GRANTED**. Plaintiff's shall have until October 20, 2006 to file a Reply in support of their
4  Motion for Partial Summary Judgment.
5      **IT IS FURTHER ORDERED** that the Final Pretrial Conference in this case, currently
6  scheduled for Wednesday, December 6, 2006, at 4:00 p.m., is **VACATED.** The Court will
7  reschedule this conference after ruling on the pending motion for partial summary judgment.
8      **IT IS FURTHER ORDERED** that all provisions of this Court's April 20, 2006 Order
9  [Doc. No. 94] remain in full effect, other than those dates that have been modified by this Court.
10     DATED this 19th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge