**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Robert E. LISS and Zoe LISS, ) | No. CIV-04-2001-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| EXEL TRANSPORTATION SERVICES, ) INC. et al., ) | |
| ) | |
| Defendants. ) | |
| ───────────────────────────── ) | |
| EXEL TRANSPORTATION SERVICES, ) INC., ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| Robert E. LISS and Zoe LISS, ) | |
| ) | |
| Counterdefendants. ) | |
| ───────────────────────────── ) | |

Pending before the Court is a Motion to Withdraw as Attorney of Record for Plaintiff/Counterdefendant [Doc. No. 206], filed by Stanley R. Lerner, Stanley R. Lerner P.C., Jeffrey F. Arbetman, and the Arbetman Law Office, P.C. Counsel accompanied their motion with the certification required under LRCiv 83.3(b)(2) (Dkt. 207). Having duly considered the motion and good cause appearing therefor,

**IT IS ORDERED** that the Motion to Withdraw as Attorney of Record for Plaintiff/Counterdefendant [Doc. No. 206] is **GRANTED**.

1   **IT IS FURTHER ORDERED** that Stanley R. Lerner, Stanley R. Lerner P.C., Jeffrey
2   F. Arbetman, and the Arbetman Law Office, P.C., may withdraw as counsel of record for
3   Plaintiff/Counterdefendants Robert E. Liss and Zoe Liss, pursuant to LRCiv 83.3(b)(2) of the
4   Rules of Practice of the United States District Court for the District of Arizona.

5   **IT IS FURTHER ORDERED** that the Clerk of Court shall direct all further
6   communications in this matter to the following persons:

  1. Robert Liss (Plaintiff/Counterdefendant)
  11442 E. Bella Vista Drive
  Scottsdale, Arizona 85259
  (480) 391-1887

  2. Guadalupe Iniguez, Esq.
  Burch & Cracchiolo, P.A.
  702 East Osborn Suite 200,
  PO Box 16882,
  Phoenix, Arizona 85011-6882
  (602) 234-9938.

  DATED this 23rd day of January, 2007.

  _____
  Stephen M. McNamee
  United States District Judge

- 2 -