**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert E. LISS and Zoe LISS, | ) | No. CIV-04-2001-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| EXEL TRANSPORTATION SERVICES, INC. et al., | ) | |
| Defendants. | ) | |
| EXEL TRANSPORTATION SERVICES, INC., | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| Robert E. LISS and Zoe LISS, | ) | |
| Counterdefendants. | ) | |

Pending before the Court is a Motion to Withdraw as Attorney of Record for Plaintiff/Counterdefendant [Doc. No. 226], filed by Guadalupe Iniguez. Since counsel's motion did not bear the written approval of the client, her motion is governed by the requirements set forth in LRCiv 83.3(b)(2) of the Local Rules of Practice for the District of Arizona.

The Court's records indicate that Ms. Iniguez moved to withdraw only after Plaintiff/Counterdefendant had retained other counsel and was adequately represented to

1 proceed in this matter.[1] Nonetheless, LRCiv 83.3(b)(2) requires service upon the client and a
2 certificate from the moving attorney stating that the client has been notified of the status of the
3 case.

4     Accordingly,

5     **IT IS ORDERED** that the Motion to Withdraw as Attorney of Record for
6 Plaintiff/Counterdefendant [Doc. No. 226] is **DENIED WITHOUT PREJUDICE,** and counsel
7 is encouraged to re-file a motion for withdrawal that complies with the requirements of LRCiv.
8 83.3.

9     DATED this 11th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] Peter W. Sorensen and Gerald W. Alston of the law firm of Jennings, Strouss & Salmon, PLC, have entered appearances on behalf of Plaintiff/Counterdefendant Robert E. Liss.

- 2 -