**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert E. LISS and Zoe LISS, | ) | No. CIV-04-2001-PHX-SMM |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| EXEL TRANSPORTATION SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) ) | |
| EXEL TRANSPORTATION SERVICES, INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| Robert E. LISS and Zoe LISS, | ) ) | |
| Counterdefendants. | ) ) | |

Pending before the Court is the parties' Stipulation to Extend Time for Parties to Exchange Proposed Pretrial Order and to Extend Time to Submit Proposed Pretrial Order to Court. (Dkt. 228) Good cause appearing,

**IT IS ORDERED GRANTING** the Stipulation. (Dkt. 228).

**IT IS FURTHER ORDERED** that the parties shall have until August 10, 2007, to exchange drafts of the Proposed Pretrial Order and shall have through August 24, 2007, to submit the Proposed Pretrial Order to the Court.

1   **IT IS FURTHER ORDERED** warning the parties that, barring exceptional
2   circumstances, no further extensions shall be granted.
3   DATED this 26th day of July, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge