**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Robert E. LISS and Zoe LISS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXEL TRANSPORTATION SERVICES,) <br> INC. et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> EXEL TRANSPORTATION SERVICES,) <br> INC., ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> Robert E. LISS and Zoe LISS, ) <br> ) <br> Counterdefendants. ) <br> _____ ) | No. CIV-04-2001-PHX-SMM <br><br> **ORDER** |

Pending before the Court is the parties' Stipulated Motion to Extend Time for Parties to File Motions in Limine to Coincide with Filing Deadline for Proposed Joint Pretrial Order (Dkt. 234). Reluctantly, the Court will extend the deadline to file motions in limine since the parties have expressed difficulty preparing final drafts of the Proposed Pretrial Order prior to filing the motions in limine. Therefore,

**IT IS ORDERED GRANTING** the parties' Stipulated Motion to Extend Time for Parties to File Motions in Limine to Coincide with Filing Deadline for Proposed Joint Pretrial Order (Dkt. 234).

1  **IT IS FURTHERED ORDERED** that all motions in limine shall be filed by August 24,
2  2007, with responses due by August 31, 2007. <u>The parties are warned that no further extensions</u>
3  <u>shall be granted in this matter.</u>
4  DATED this 16th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge