**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. LISS and Zoe LISS, ) | No. CIV-04-2001-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| EXEL TRANSPORTATION SERVICES,) INC. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| EXEL TRANSPORTATION SERVICES,) INC., ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| Robert E. LISS and Zoe LISS, ) | |
| ) | |
| Counterdefendants. ) | |

Pending before the Court is a Motion to Withdraw as Attorney of Record for Plaintiff/Counterdefendant [Doc. No. 256], filed by Guadalupe Iniguez of Burch and Cracchiollo, P.A. Having substantially complied with LRCiv 83.3(b)(2) and good cause appearing,

**IT IS ORDERED GRANTING** the Motion to Withdraw as Attorney of Record for Plaintiff/Counterdefendant [Doc. No. 256] is **GRANTED**.

//

1  **IT IS FURTHER ORDERED** that Guadalupe Iniguez of Burch and Cracchiollo, P.A.
2  is no longer counsel of record for Plaintiff/Counterdefendants Robert E. Liss and Zoe Liss,
3  pursuant to LRCiv 83.3(b)(2) of the Rules of Practice of the United States District Court for the
4  District of Arizona.

5  DATED this 30th day of August, 2007.

*[Signature]*
Stephen M. McNamee
United States District Judge