1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9  Robert E. LISS and Zoe LISS,           )    No. CIV-04-2001-PHX-SMM
                                          )
10        Plaintiffs and Counterdefendants,)    **ORDER**
                                          )
11                                         )
   v.                                      )
12                                         )
   EXEL TRANSPORTATION SERVICES,)
13 INC. et al.,                            )
                                          )
14        Defendants and Counterclaimant.)
   ———————————————————————)
15                                         )

16        Pending before the Court is the Exel Transportation Services Inc.'s ("Exel") Motion to

17 File Under Seal the Transcripts of the Depositions of Amy Keith, Andrew Hadland, and

18 Anthony Flood. [Doc. No. 277]  For good cause appearing,

19        **IT IS ORDERED GRANTING** Exel's motion.  The Clerk of Court is directed to file

20 under seal the transcripts of the depositions of Amy Keith, Andrew Hadland and Anthony

21 Flood, which accompany Exel's motion.

22        DATED this 12th day of September, 2007.

23

24

25

26   ———————————————————————
                    Stephen M. McNamee
27                  United States District Judge

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28