**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. LISS and Zoe LISS, | No. CIV-04-2001-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| EXEL TRANSPORTATION SERVICES, INC. et al., | |
| Defendants. | |
| EXEL TRANSPORTATION SERVICES, INC., | |
| Counterclaimant, | |
| v. | |
| Robert E. LISS and Zoe LISS, | |
| Counterdefendants. | |

Despite the best efforts of the Court and parties to address all current issues in this case, one issue regarding the proposed jury instructions was overlooked. Specifically, the Court neglected to inquire as to the parties' positions regarding whether Mr. Liss was a fiduciary of Exel. The Court is of the opinion that no dispute regarding Mr. Liss's status exists, as the parties do not dispute that Mr. Liss served as an executive and officer during his employment with Exel and its predecessor companies. However, the Court having overlooked confirming this opinion during the recent Final Pretrial Conference, the parties are requested to notify the Court if they anticipate disputing Mr. Liss's status as a fiduciary. Accordingly,

1  **IT IS HEREBY ORDERED** that any party that anticipates asserting at trial that Mr. Liss
2  was **not** a fiduciary of Exel shall so inform the Court by filing a Notice of such intention, in
3  writing, by **Friday, May 9, 2008**.

4  **IT IS FURTHER ORDERED** that such Notice shall include a brief summary (not to
5  exceed **three (3) pages**) of their position as to why Mr. Liss's status as a fiduciary is disputed.

6  DATED this 29th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge