**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. LISS and Zoe LISS,    )<br>                                            )<br>            Plaintiffs,                  )<br>                                            )<br>v.                                          )<br>                                            )<br>EXEL TRANSPORTATION SERVICES,)<br>INC. et al.,                              )<br>                                            )<br>            Defendants.              )<br>_____ )<br>                                            )<br>EXEL TRANSPORTATION SERVICES,)<br>INC.,                                     )<br>            Counterclaimant,       )<br>                                            )<br>v.                                          )<br>                                            )<br>Robert E. LISS and Zoe LISS,    )<br>                                            )<br>            Counterdefendants.   )<br>_____ ) | No. CIV-04-2001-PHX-SMM<br><br>**ORDER** |

Pursuant to the Joint Stipulation to Take the Trial Deposition of R.C. Matney and Use of Deposition at Trial (Dkt. 300), and good cause appearing,

**IT IS HEREBY ORDERED** that the trial deposition of R.C. Matney may be taken in Phoenix, Arizona beginning on August 19, 2008 at 9:00 a.m., and continuing on August 20, 2008 at 9:00 a.m., as necessary.

**IT IS FURTHER ORDERED** that the trial deposition of R.C. Matney may be videotaped.

//

1 **IT IS FURTHER ORDERED** that this trial deposition of R.C. Matney may be used
2 during the trial in this matter scheduled to commence on October 7, 2008.
3    DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge

- 2 -